UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY K. BUTTS,

     Plaintiff,

v.

MARLENA TAYLOR, *et. al.*,

     Defendants.

_____ /

Case No. 26-11544

F. Kay Behm
United States District Judge

## **JUDGMENT**

In accordance with the opinion and order entered this same day, it

is **ORDERED AND ADJUDGED** that Plaintiff's Complaint is

**DISMISSED WITHOUT PREJUDICE**.

     **SO ORDERED.**

Dated: June 4, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge